UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 06-22608-CIV-UNGARO/O'SULLIVAN

ZHEJIANG SHAOXING YONGLI
PRINTING AND DYEING CO., LTD.,
           Plaintiff,

v.

MICROFLOCK TEXTILE GROUP
CORP.,
           Defendant.
_____/

## ORDER

THIS MATTER came before the Court on the Plaintiff's Motion to Compel **(DE #33, 11/30/07)**. Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED, that the Plaintiff's Motion to Compel **(DE #33, 11/30/07)** is GRANTED. On or before December 28, 2007, the defendant shall respond to the plaintiff's discovery requests.

DONE and ORDERED, in chambers, in Miami, Florida, this 21st day of December, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Ungaro

All Counsel of Record